**SUSAN MARTIN (#014226)**
**DANIEL L. BONNETT (#014127)**
**JENNIFER KROLL (#019859)**
**THERESA L. SEIFERT(#023993)**
**MARTIN & BONNETT, P.L.L.C.**
1850 N. Central Ave., Suite 2010
Phoenix, AZ 85004
(602) 240-6900
smartin@martinbonnett.com
dbonnett@martinbonnett.com
jkroll@martinbonnett.com
tseifert@martinbonnett.com
Attorneys for Plaintiff

**ERIN E. BYRNES (#021015)**
**NATHAN D. MEYER (#020583)**
**GRAIF, BARRETT & MATURA, P.C.**
1850 N. Central Avenue, Suite 500
Phoenix, AZ 85004
(602) 792-5710
ebyrnes@gbmlawpc.com
nmeyer@gbmlawpc.com
Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sinan Fazlovic,<br><br>             Plaintiff,<br><br>      vs.<br><br>Maricopa County, a political subdivision;<br>Maricopa County Sheriff's Office; Joseph<br>Arpaio, individually and in his official capacity<br>as Sheriff of Maricopa County and Jane Doe<br>Arpaio, husband and wife; David Hendershott,<br>individually and in his official capacity and<br>Jane Doe Hendershott, husband and wife; Scott<br>Freeman, individually and in his official<br>capacity and Jane Doe Freeman, husband and<br>wife; Tiffani Shaw, individually and in her<br>official capacity and John Doe Shaw, husband<br>and wife; Timothy Overton, individually and<br>in his official capacity and Jane Doe Overton,<br>husband and wife; Mary Ellen Sheppard,<br>individually and in her official capacity and<br>John Doe Sheppard, husband and wife;<br><br>             Defendants. | Case No. 2:09-cv-01151-PHX-DKD<br><br>**Joint Report on Good Faith<br>Settlement Discussions** |

Pursuant to the Court's Case Management Order of September 8, 2010, the parties, through counsel undersigned, hereby notify the Court that they have met in person for the purpose of conducting good faith settlement talks.  Plaintiff has provided Defendants with his written settlement demand and there has been discussion between counsel for the parties regarding the demand.  Due to the number of named Defendants and the fact that governmental entities are involved, Plaintiff's demand is under review and consideration by the appropriate authorities.  Defendants believe they will be in a position to further respond to Plaintiff's demand by February 12, 2010 and counsel for the parties have agreed to meet further on or before February 23, 2010 to continue good faith settlement talks. The parties have agreed that they will continue to explore settlement informally as well as discuss if formal settlement with the assistance of the Court or a private mediator may be beneficial.  The parties propose to supplement this report to the Court on or before February 26, 2010 in order to further update the Court on the parties' ongoing good faith efforts to explore the prospect of settlement. At present, however, the parties are in agreement that assistance from the Court is not needed in at this time.

Dated this 2nd day of February, 2010.


MARTIN & BONNETT, P.L.L.C.

By:   s/Daniel L. Bonnett
Susan Martin
Daniel L. Bonnett
Jennifer L. Kroll
Theresa L. Seifert
1850 North Central Avenue, Suite 2010
Phoenix, AZ 85004
(602)240-6900

Attorneys for Plaintiff

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GRAIF, BARRETT & MATURA, P.C.

By:   s/Erin E. Byrnes
         Erin E. Byrnes
         Nathan D. Meyer
         1850 N. Central Avenue, Suite 500
         Phoenix, AZ 85004
         (602) 792-5700

         Attorneys for Defendants

1

**CERTIFICATE OF SERVICE**

2

3         I hereby certify that on February 2, 2010, I electronically transmitted the attached
document to the Clerk's Office using the CM/ECF System for filing and transmittal of a
Notice of Electronic Filing to the following CM/ECF registrants:

4

5     Erin E. Byrnes
Nathan D. Meyer
1850 N. Central Avenue, Suite 500

6     Phoenix, AZ 85004
(602) 792-5700

7
ebyrnes@gbmlawpc.com

8     nmeyer@gbmlawpc.com

9

10    s/K. Pasley
Legal Assistant

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28