IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sinan Fazlovic,<br><br>    Plaintiff,<br><br>vs.<br><br>Maricopa County, et al.,<br><br>    Defendants. | No. CIV 09-1151-PHX-DKD<br><br>**REVISED CASE MANAGEMENT ORDER** |

The Court, having reviewed the parties' Stipulation to Extend Deadlines (Doc. #48) in this case, and having concluded that good cause exists to accept the Stipulation and modify the Case Management Order issued on September 9, 2009:

**IT IS HEREBY ORDERED**:

1. <u>Deadline for Completion of Fact Discovery</u>. The deadline for completing fact discovery shall be **June 18, 2010**. To ensure compliance with this deadline, the following rules shall apply:

    a. Depositions: All depositions shall be scheduled to commence at least five working days prior to the discovery deadline. A deposition commenced five days prior to the deadline may continue up until the deadline, if necessary.

    b. Written Discovery: All interrogatories, request for production, and requests for admission shall be served at least 45 days before the discovery deadline.

    c. Notwithstanding LRCiv 7.3(c), the parties may mutually agree, without Court approval, to extend the time provided for discovery responses in Rules 33, 34, and 36 of

the Federal Rules of Civil Procedure. Such agreed-upon extensions, however, shall not alter or extend the discovery deadlines set forth in this Order.

2. <u>Deadlines for Disclosure of Experts and Completion of Expert Discovery</u>:

    a. The parties will simultaneously exchange their respective affirmative expert disclosures as required by Rule 26(a)(2)(A)-(C) of the Federal Rules of Civil Procedure no later than **March 12, 2010**.

    b. The parties will simultaneously exchange their respective expert disclosure as required by Rule 26(a)(2)(A)-(C) of Federal Rules of Civil Procedure no later than **April 9, 2010**.

    c. Rebuttal expert disclosure, if any shall be made no later than **May 14, 2010**. Rebuttal experts shall be limited to responding to opinions stated by initial experts.

    d. Expert depositions shall be completed no later than **June 4, 2010**. As with fact witness depositions, expert depositions shall be scheduled to commence at least five working days before the deadline.

3. <u>Discovery Disputes</u>:

    a. The parties shall not file written discovery motions without leave of Court. If a discovery dispute arises, the parties promptly shall contact the Court to request a telephonic conference concerning the disputes. The Court will seek to resolve the dispute during the telephonic conference, and may enter appropriate orders on the basis of the telephone conference. The Court may order written briefing if it does not resolve the dispute during the telephone conference.

    b. Parties shall not contact the Court concerning a discovery dispute without first seeking to resolve the matter through personal consultation and sincere effort as required by LRCiv 7.2(j). Any briefing ordered by the Court shall also comply with LRCiv 7.2(j).

    c. Absent extraordinary circumstances, the Court will not entertain fact discovery disputes after the deadline for completion of fact discovery, and will not entertain expert discovery disputes after the deadline for completion of expert discovery.

    4.    <u>Deadline for Filing Dispositive Motions</u>:

        a.    Dispositive motions shall be filed no later than **July 23, 2010**. Such motions must comply in all respects with the Federal Rules of Civil Procedure and the Local Rules.

        b.    No party shall file more than one motion for summary judgment under Rule 56 of the Federal Rules of Civil Procedure unless permission is first obtained, by joint telephone call, from the Court.

        c.    Failure to respond to a motion within the time periods provided in LRCiv 7.2 will be deemed a consent to the denial or granting of the motion and the Court may dispose of the motion summarily pursuant to LRCiv 7.2(i).

        d.    Notwithstanding LRCiv 7.2(f), the parties shall not notice oral argument on any motion. Instead, a party desiring oral argument shall place the words "Oral Argument Requested" immediately below the title of the motion. The Court will issue a Minute Entry Order scheduling oral argument as it deems appropriate.

    5.    <u>Deadline for Notice of Readiness for Pretrial Conference</u>: The Plaintiff shall notify the Court that the parties are ready for scheduling a Final Pretrial Conference pursuant to Rule 16(d) of the Federal Rules of Civil Procedure. The Plaintiff shall file and serve this notice within ten (10) days after the dispositive motion deadline if no dispositive motions are pending on that date. If dispositive motions are pending, Plaintiff shall file and serve such notice within ten (10) days after the resolution of dispositive motions. The Court will then issue an Order Setting Final Pretrial Conference that (a) sets deadlines for briefing motions in limine; (b) includes a form for the completion of the parties' joint proposed Final Pretrial Order; and (c) otherwise instructs the parties concerning their duties in preparing for the Final Pretrial Conference. A firm trial date will be set at the Final Pretrial Conference.

6. <u>The Deadlines Are Real</u>: The parties are advised that the Court intends to enforce the deadlines set forth in this Order, and should plan their litigation activities accordingly.

DATED this 5th day of February, 2010.

_____
David K. Duncan
United States Magistrate Judge

- 4 -