1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                       FOR THE DISTRICT OF ARIZONA

8

9   Sinan Fazlovic,                       )   No.  CIV 09-1151-PHX-DKD
                                          )
10              Plaintiff,                 )
                                          )
11  vs.                                   )   **REVISED CASE MANAGEMENT ORDER**
                                          )
12  Maricopa County, et al.,              )
                                          )
13              Defendants                )
                                          )

14

15      The Court, having reviewed the parties' Stipulated Motion to Extend Remaining

16  Deadlines (Second Request) in this case, and having concluded that good cause exists to grant

17  that Motion (Doc. #69), the Court modifies the Revised Case Management Order, issued on

18  February 5, 2010, as follows:

19      **IT IS HEREBY ORDERED:**

20      1.      Deadline for Completion of Fact Discovery.  The deadline for completing fact

21  discovery shall be **September 10, 2010**.  To ensure compliance with this deadline, the following

22  rules shall apply:

23              a.      Depositions: All depositions shall be scheduled to commence at least five

24  working days prior to the discovery deadline.  A deposition commenced five days prior to the

25  deadline may continue up until the deadline, if necessary.

26              b.      Written Discovery:  All interrogatories, request for production, and

27  requests for admission shall be served at least 45 days before the discovery deadline.

28

1          c.      Notwithstanding LRCiv 7.3(c), the parties may mutually agree, without

2  Court approval, to extend the time provided for discovery responses in Rules 33, 34, and 36 of

3  the Federal Rules of Civil Procedure.  Such agreed-upon extensions, however, shall not alter

4  or extend the discovery deadlines set forth in this Order.

5          2.      <u>Deadlines for Disclosure of Experts and Completion of Expert Discovery</u>:

6          a.      Rebuttal expert disclosure, if any, shall be made no later than **June 11,**

7  **2010**.  Rebuttal experts shall be limited to responding to opinions stated by initial experts.

8          b.      Expert depositions shall be completed no later than **August 6, 2010**.  As

9  with fact witness depositions, expert depositions shall be scheduled to commence at least five

10  working days before the deadline.

11          3.    **Discovery Disputes**:

12          a.      The parties shall not file written discovery motions without leave of Court.

13  If a discovery dispute arises, the parties promptly shall contact the Court to request a telephonic

14  conference concerning the disputes.  The Court will seek to resolve the dispute during the

15  telephonic conference, and may enter appropriate orders on the basis of the telephone

16  conference.  The Court may order written briefing if it does not resolve the dispute during the

17  telephone conference.

18          b.      Parties shall not contact the Court concerning a discovery dispute without

19  first seeking to resolve the matter through personal consultation and sincere effort as required

20  by LRCiv 7.2(j).  Any briefing ordered by the Court shall also comply with LRCiv 7.2(j).

21          c.      Absent extraordinary circumstances, the Court will not entertain fact

22  discovery disputes after the deadline for completion of fact discovery, and will not entertain

23  expert discovery disputes after the deadline for completion of expert discovery.

24          4.      <u>Deadline for Filing Dispositive Motions</u>:

25          a.      Dispositive motions shall be filed no later than **October 22, 2010**.  Such

26  motions must comply in all respects with the Federal Rules of Civil Procedure and the Local

27  Rules.

28

- 2 -

1         b.         No party shall file more than one motion for summary judgment under Rule

2  56 of the Federal Rules of Civil Procedure unless permission is first obtained, by joint telephone

3  call, from the Court.

4         c.         Failure to respond to a motion within the time periods provided in LRCiv

5  7.2 will be deemed a consent to the denial or granting of the motion and the Court may dispose

6  of the motion summarily pursuant to LRCiv 7.2(i).

7         d.         Notwithstanding LRCiv 7.2(f), the parties shall not notice oral argument

8  on any motion.  Instead, a party desiring oral argument shall place the words "Oral Argument

9  Requested" immediately below the title of the motion.  The Court will issue a Minute Entry

10  Order scheduling oral argument as it deems appropriate.

11         5.         Deadline for Notice of Readiness for Pretrial Conference:  The Plaintiff shall

12  notify the Court that the parties are ready for scheduling a Final Pretrial Conference pursuant

13  to Rule 16(d) of the Federal Rules of Civil Procedure.  The Plaintiff shall file and serve this

14  notice within ten (10) days after the dispositive motion deadline if no dispositive motions are

15  pending on that date.  If dispositive motions are pending, Plaintiff shall file and serve such

16  notice within ten (10) days after the resolution of dispositive motions. The Court will then issue

17  an Order Setting Final Pretrial Conference that (a) sets deadlines for briefing motions in limine;

18  (b) includes a form for the completion of the parties' joint proposed Final Pretrial Order; and

19  (c) otherwise instructs the parties concerning their duties in preparing for the Final Pretrial

20  Conference.  A firm trial date will be set at the Final Pretrial Conference.

21         6.         The Deadlines Are Real: The parties are advised that the Court intends to enforce

22  the deadlines set forth in this Order, and should plan their litigation activities accordingly.

23         DATED this 7th day of May, 2010.

24

25

26         _____
         David K. Duncan
         United States Magistrate Judge

27

28