**SUSAN MARTIN (AZ#014226)**
**DANIEL BONNETT (AZ#014127)**
**JENNIFER KROLL (AZ#019859)**
**MARTIN & BONNETT, P.L.L.C.**
1850 N. Central Avenue, Suite 2010
Phoenix, Arizona 85004
Telephone: (602) 240-6900
smartin@martinbonnett.com
dbonnett@martinbonnett.com
jkroll@martinbonnett.com

**DANIEL POCHODA (AZ# 021979)**
**ACLU FOUNDATION OF ARIZONA**
77 East Columbus
Phoenix, AZ 85011-0148
Telephone: (602) 650-1854
dpochoda@acluaz.org

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sinan Fazlovic, | ) NO. CIV-09-1151-PHX-DKD |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) **FIRST AMENDED NOTICE** |
| | ) **OF DEPOSITION OF** |
| Maricopa County, a political subdivision; | ) **SCOTT FREEMAN** |
| Maricopa County Sheriff's Office; Joseph | ) |
| Arpaio, individually and in his official capacity | ) |
| as Sheriff of Maricopa County and Jane Doe | ) |
| Arpaio, husband and wife; David Hendershott, | ) |
| individually and in his official capacity and Jane | ) |
| Doe Hendershott, husband and wife; Scott | ) |
| Freeman, individually and in his official | ) |
| capacity and Jane Doe Freeman, husband and | ) |
| wife; Tiffani Shaw, individually and in her | ) |
| official capacity and John Doe Shaw, husband | ) |
| and wife; Timothy Overton, individually and in | ) |
| his official capacity and Jane Doe Overton, as | ) |
| husband and wife; Mary Ellen Sheppard, | ) |
| individually and in her official capacity, and | ) |
| John Doe Sheppard, husband and wife; | ) |
| Defendants. | ) |
| | ) |

TO:    **All Defendants**
c/o Erin E. Byrnes, Esq.
Nathan D. Meyer, Esq.
Graif, Barrett & Matura, P.C.
1850 North Central Avenue, Suite 500
Phoenix, AZ 85004

YOU ARE HEREBY NOTIFIED that, pursuant to **Federal Rules of Civil Procedure, Rules 26 and 30** a deposition will be taken upon oral examination of the person whose name and address is stated below at the time and place stated below before an officer authorized by law to administer oaths.  The deposition will be recorded by a stenographer.

**PERSON TO BE EXAMINED:**                    **Mr. Scott Freeman**
c/o Erin E. Byrnes, Esq.
Nathan D. Meyer, Esq.
1850 N. Central Avenue, Suite 500
Phoenix, AZ  85004

**DATE AND TIME OF DEPOSITION:**            July 27, 2010 at 9:00 a.m.

**PLACE OF DEPOSITION:**            Martin & Bonnett, PLLC
1850 N. Central Avenue, Suite 2010
Phoenix, AZ  85004

RESPECTFULLY SUBMITEED this 4th day of June, 2010.

MARTIN & BONNETT, P.L.L.C.

By:___s/Daniel L. Bonnett_____
Daniel L. Bonnett
Susan Martin
Jennifer L. Kroll
1850 N. Central Ave., Suite 2010
Phoenix, AZ  85004
(602) 240-6900

-and-

Daniel J.  Pochoda (#021979)
American Civil Liberties Union of Arizona
77 East Columbus
Phoenix, AZ 85011-0148
(602) 650-1854

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on June 4, 2010, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Arizona by using the CM/ECF System for filing.

I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the Court CM/ECF system.

Erin E. Byrnes, Esq.
Nathan D. Meyer, Esq.
Graif, Barrett & Matura, P.C.
1850 N. Central Avenue, Suite 500
Phoenix, AZ  85004
(602) 462-9999
ebyrnes@gbmlawpc.com
nmeyer@gbmlawpc.com


  s/Kathy Pasley_____