Daniel Pochoda (SBA 021979)
James Duff Lyall (SBA 330045)*
ACLU FOUNDATION OF ARIZONA
3707 N. 7th Street, Suite 235
Phoenix, AZ 85014
Telephone: (602) 650-1854
dpochoda@acluaz.org
jlyall@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

Susan Martin (SBA 014226)
Daniel Bonnett (SBA 014127)
Jennifer Kroll (SBA 019859)
Mark A. Bracken (SBA 026532)
MARTIN & BONNETT, P.L.L.C.
1850 N. Central Avenue, Suite 2010
Phoenix, Arizona 85004
Telephone: (602) 240-6900
smartin@martinbonnett.com
dbonnett@martinbonnett.com
jkroll@martinbonnett.com
mbracken@martinbonnett.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Sinan Fazlovic, | No. CIV-09-1151-PHX-DKD |
| Plaintiff, | **PLAINTIFF'S MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF PAGE LIMIT** |
| vs. | |
| Maricopa County, a political subdivision; Maricopa County Sheriff's Office, et al., | **Hon. David K. Duncan** |
| Defendants. | |

1    Plaintiff respectfully requests leave to modestly exceed the page limit set forth in
2  Local Rule 7.2(e) for his motion for partial summary judgment.  Plaintiff specifically
3  requests leave to file a 20 page motion, including the supporting memorandum of points
4  and authorities. Copies of the proposed motion and supporting documents are being
5  lodged concurrently with the Court.
6    Plaintiff's motion for partial summary judgment relies on a substantial factual
7  record including deposition transcripts, associated exhibits and multiple discovery
8  responses.
9    Defendants have not consented to the expansion of page limits. However, Plaintiff
10 cannot adequately brief all of the issues in his summary judgment motion within the 17
11 pages permitted for ordinary motions under Local Rule 7.2(e).  Under such circumstances,
12 leave to modestly exceed page limits is warranted and will aid the Court in resolving the
13 merits of Plaintiff's motion. *See Karlsson Group, Inc. v. Langley Farms Invs., LLC,* No.
14 CV-07-0457, 2009 WL 2843290, *12 n.6 (D. Ariz. Sept. 1, 2009) (granting leave to
15 exceed page limits where doing so would "add to the Court's ability to resolve the
16 pending motion on its merits").
17   Accordingly, Plaintiff respectfully requests leave to file the 20 page proposed
18 motion. A proposed order is submitted herewith.
19   Respectfully submitted this 17th day of February, 2012.

By   /s/ Daniel J. Pochoda
Daniel J. Pochoda
ACLU Foundation of Arizona
3707 North 7th Street, Ste. 235
Phoenix, AZ 85014

Attorneys for Plaintiff

2

# CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2012 I caused the attached document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

> Erin E. Byrnes
> Berke Law Firm PLLC
> 1601 North 7th Street, Suite 360
> Phoenix, AZ 85006
> erin@berkelawfirm.com
>
> *Attorneys for Defendants*

Dated this 17th day of February, 2012.

/s/   Gloria Torres